```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SHERRIE HENRY,                                                :
                                  Plaintiff                   :
                                                              :          19 Civ. 5359 (LGS)
              -against-                                       :
                                                              :                ORDER
ARCHDIOCESE OF NEW YORK, et al.,                              :
                                  Defendants.                 :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 9, 2020 (Dkt. No. 32),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 9, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: April 8, 2020
     New York, New York

                                                    _____
                                                               LORNA G. SCHOFIELD
                                                         **UNITED STATES DISTRICT JUDGE**