UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRIE HENRY                                       :
                            Plaintiff,  :
                                         :  19 Civ. 5359 (LGS)
             -against-           :
                                         :  <u>ORDER</u>
ARCHDIOCESE OF NEW YORK, et al.  :
                           Defendants. :
                                           :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order directs the parties to file a joint status report by June 9, 2020.  ECF 37;

WHEREAS, the parties have not timely filed a joint status report.  It is hereby

**ORDERED** that the parties shall, by June 24, 2020, file a joint status report that complies with the Case Management Plan.

Dated: June 18, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE