UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERRIE HENRY,

                           Plaintiff,

-against-

ARCHDIOCESE OF NEW YORK et al.,
                             Defendants.
------------------------------------------------------------X

19 Civ. 5359 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendants moved for a pre-motion conference for an order to compel depositions before the close of fact discovery on November 20, 2020 (Dkt. No. 44).  Defendants claim that on November 4, 2020, Plaintiff demanded, for the first time: (1) all records relating to Defendants' board members and/or employees' concerns regarding the racial makeup of the leadership and staff of Defendants The Partnership for Inner-City Education and The Partnership for Quality Education, Inc. and (2) the personnel file of Kwame Millar, a former employee of Defendants, as well as all documentation related to his exit interview (collectively, the "Requested Documents").

      WHEREAS, the Requested Documents are within the scope of Plaintiff's first set of document requests, which seek all records related to complaints of racial discrimination or allegations by employees of racial discrimination or retaliation.  The Requested Documents are "relevant to [Plaintiff's] claim" of race-based discrimination and retaliation and are proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1).  Accordingly, it is hereby

**ORDERED** that by **November 18, 2020**, Defendants shall produce the Requested Documents. A revised case management plan extending the fact discovery deadline solely for the purpose of completing depositions in this case will issue in a separate order.

Dated: November 12, 2020
       New York, New York

                                           **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**